IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD J. ACKLEY,

        Plaintiff,        1: 06 CV 0771  AWI WMW PC

  vs.                    ORDER

D. CARROLL, et al.,

        Defendants.

     On January 20, 2009, findings and recommendations were entered, recommending dismissal of this action in its entirety for Plaintiff's failure to state a claim.   Plaintiff has notified the court of his willingness to proceed only on cognizable claims.   The court will recommend dismissal of the remaining claims.

     Accordingly, IT IS HEREBY RECOMMENDED that the January 20, 2009, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   February 25, 2009**                    /s/  William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE