IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. ACKLEY, | 1:06-cv-00771-AWI-YNP-GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER TO EXTEND TIME TO CONDUCT DISCOVERY |
| vs. | |
| D. CARROLL, et al., | (Motion#26) |
| Defendants. | |
| _____/ | |

The Court, having considered Defendants Blevin, Carroll, Uribe and Wright's request for an extension of time to conduct discovery and file a dispositive motion, and good cause having been found:

IT IS HEREBY ORDERED that Defendants Blevin, Carroll, Uribe and Wright are granted an extension of time of forty-five days from the date of receipt of Plaintiff's discovery responses to conduct discovery and an additional sixty-days from the completion of discovery to file a dispositive motion.

IT IS SO ORDERED.

Dated:   **January 13, 2010**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE