# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. ACKLEY, | CASE NO. 1:06-cv-00771-AWI-SKO PC |
| Plaintiff, | ORDER |
| v. | |
| D. CARROLL, et al., | |
| Defendants. | |

Plaintiff Donald J. Ackley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 30, 2010, the Court issued an order directing Defendants to notify the Court regarding whether they intend to depose Plaintiff and whether they required an extension of time to schedule and conduct the deposition. (Doc. #39.) On July 13, 2010, Defendants informed the Court that Plaintiff's deposition is scheduled to occur on July 30, 2010. Defendants request a fourteen (14) day extension of the discovery deadlines to conduct Plaintiff's deposition and file a motion to compel concerning Plaintiff's deposition, if necessary. Defendants also request permission to conduct Plaintiff's deposition via a video conference.

Accordingly, it is HEREBY ORDERED that:

1. Defendants are granted a fourteen (14) day extension of time to conduct Plaintiff's deposition and file a motion to compel concerning the deposition, if necessary; and

///

///

1

2. Defendants are granted permission to conduct Plaintiff's deposition via a video conference.

IT IS SO ORDERED.

**Dated:   July 15, 2010**                                /s/ Sheila K. Oberto
                                                                              UNITED STATES MAGISTRATE JUDGE