# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. ACKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>D. CARROLL, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00771-AWI-SKO PC<br><br>ORDER GRANTING THIRTY DAY EXTENSION TO FILE DISPOSITIVE MOTIONS |

Plaintiff Donald J. Ackley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 20, 2009, a discovery and scheduling order was issued, setting the deadline for conducting discovery on January 20, 2010 and the deadline for filing dispositive motions on March 24, 2010. (Doc. #21.) Since then, the deadline for conducting discovery has been extended on several occasions. On July 16, 2010, Defendants requested and received a fourteen (14) day extension of time to conduct Plaintiff's deposition and file a motion to compel, if necessary. Defendants did not file a motion to compel and the deadline for conducting discovery has passed.

Despite the fact that the discovery deadline has been extended well past the deadline for filing dispositive motions, neither party has requested an extension of the deadline to file dispositive motions. The Court will grant all parties thirty (30) days from the date of service of this order to file any dispositive motions. If no dispositive motions are filed within that time period, a second scheduling order will issue scheduling this action for trial.

1  Accordingly, it is HEREBY ORDERED that parties are granted thirty (30) days from the date
2 of service of this order to file dispositive motions.
3
4 IT IS SO ORDERED.
5 **Dated:   September 21, 2010**                    /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE

2