# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. ACKLEY, | CASE NO. 1:06-cv-00771-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 48) |
| D. CARROLL, et al., | |
| Defendants. | |

Plaintiff Donald J. Ackley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2010, Plaintiff filed a motion requesting referral to the Pro Se Prisoner Settlement Program. (Doc. #48.) Plaintiff claims a referral is appropriate because Defendants have failed to file a timely dispositive motion.[1]

The Court will not refer this case to a settlement conference unless all parties consent. Plaintiff is advised to contact Defendants' counsel if he wishes to negotiate a settlement. The Court will not refer this case to the settlement program unless requested to do so by all of the parties.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion is DENIED.

IT IS SO ORDERED.

**Dated:** December 13, 2010          /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's contention is erroneous. Defendants filed a timely motion for summary judgment on November 29, 2010.

1