# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. ACKLEY, | CASE NO. 1:06-cv-00771-AWI-BAM PC |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER |
| v. | |
| D. CARROLL, et al., | (ECF No. 76) |
| Defendants. | Defendants' Pretrial Statement due December 16, 2011 |

Plaintiff Donald J. Ackley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 18, 2011, Defendants filed a motion to amend the scheduling order due to Plaintiff's failure to file a pretrial statement. Good cause having been shown, Defendants are granted until December 16, 2011, to file their pretrial statement. All remaining dates remain the same.

IT IS SO ORDERED.

Dated: **November 21, 2011**     **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

1