1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   DONALD J. ACKLEY,                      CASE NO. 1:06-cv-00771-AWI-BAM PC

10                    Plaintiff,            ORDER DENYING PLAINTIFF'S MOTION TO
                                            AMEND THE SCHEDULING ORDER

11        v.                                (ECF No. 78)

12   D. CARROLL, et al.,

13                    Defendants.
     _____/

14

15        Plaintiff Donald J. Ackley ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is currently set for trial

17   on June 26, 2012.  On July 15, 2011, a second scheduling order issued setting the pretrial dates.  On

18   August 29, 2011 and November 9, 2011, an order issued continuing the telephonic trial confirmation

19   and trial dates due to conflicts with defense counsel's schedule and all other deadlines remained the

20   same.  On December 8, 2011, Plaintiff filed a notice of change of address in which he requested a

21   new dates to file witness names and a preliminary injunction.[1]

22        The Court construes Plaintiff's request for new deadlines to file witness names as a motion

23   to amend the scheduling order.  Plaintiff's pretrial statement and motion for the attendance of

24   incarcerated witnesses were due on or before October 21, 2011.  Modification of a scheduling order

25   requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due

26   diligence, Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992).  If the party

27

28   _____

     [1] Plaintiff's motion for injunctive relief shall be address by separately issued findings and recommendations.

seeking to amend the scheduling order fails to show due diligence the inquiry should end and the court should not grant the motion to modify. <u>Zivkovic v. Southern California Edison, Co.</u>, 302 F.3d 1080, 1087 (9th Cir. 2002). Plaintiff's motion is devoid of any showing of good cause to modify the scheduling order. Accordingly, Plaintiff's motion for new deadlines to file witness names is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:**   **December 12, 2011**         _/s/ **Barbara A. McAuliffe**_
                                    UNITED STATES MAGISTRATE JUDGE

2