# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. ACKLEY, | CASE NO. 1:06-cv-00771-AWI-BAM PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF  (ECF Nos. 65, 80) |
| v. | |
| D. CARROLL, et al., | |
| Defendants. | |

Plaintiff Donald J. Ackley ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on June 19, 2006. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed a motion seeking the issuance of a preliminary injunction mandating the return of his legal property or that the property be protected on September 9, 2011. (ECF No. 67.)  On September 28, 2011, the Magistrate Judge filed findings and recommendations recommending the motion be denied and informing the parties that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 65.)  On November 8, 2011, Plaintiff filed a notice of change of address in which he seeks an injunction directing that all his personal property be transported to the new prison.  (ECF No. 78).   On December 13, 2011, a findings and recommendations issued recommending denial of the motion and again informing the parties that objections were to be filed within thirty days.  More than thirty days have passed and no objections have been filed.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
2 <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings
3 and recommendations to be supported by the record and by proper analysis.
4   Accordingly, IT IS HEREBY ORDERED that:
5   1. The findings and recommendations, filed September 28 and December 13, 2011, are
6    adopted in full; and
7   2. Plaintiff's motions for injunctive relief filed September 9 and December 8, 2011, are
8    DENIED.
9 IT IS SO ORDERED.

Dated:  January 24, 2012        _____
                  CHIEF UNITED STATES DISTRICT JUDGE