1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DONALD J. ACKLEY,

10              Plaintiff,

11     v.

12  D. CARROLL, et al.,

13              Defendants.

14  _____/

CASE NO. 1:06-cv-00771-AWI-BAM PC

ORDER  SETTING  TELEPHONIC  TRIAL
CONFIRMATION HEARING

May 29, 2012, at 3:00 p.m. in Courtroom 2 (AWI)

15          Plaintiff Donald J. Ackley ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 14, 2012, a telephonic trial

17  confirmation hearing was held.  Pursuant to the discussion in the hearing, it is HEREBY ORDERED

18  that:

19          1.      A telephonic trial confirmation hearing is set for May 29, 2012, at 3:00 p.m., in

20                  Courtroom 2 before the Honorable Anthony W. Ishii;

21          2.      Defense counsel shall contact the facility in which Plaintiff is housed to attempt to

22                  facilitate providing Plaintiff with legal documents needed to prepare for trial; and

23          3.      Counsel for Defendants is required to arrange for the participation of Plaintiff in the

24                  telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559)**

25                  **499-499-5669**.

26          IT IS SO ORDERED.

27  **Dated:    May 16, 2012**            _____/s/ **Barbara A. McAuliffe**_____
                                           UNITED STATES MAGISTRATE JUDGE
28

1