# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. ACKLEY, | CASE NO. 1:06-cv-00771-AWI-BAM PC |
| Plaintiff, | ORDER VACATING TELEPHONIC CONFERENCE ON JULY 16, 2012 |
| v. | (ECF No. 102) |
| D. CARROLL, et al., | |
| Defendants. | |

Plaintiff Donald J. Ackley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 31, 2012, an order issued setting dates for a settlement conference and telephonic conference in this action.  Accordingly, the telephonic conference set for July 16, 2012, at 3:00 p.m. before the Honorable Anthony W. Ishii is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   __June 1, 2012__          ___/s/ **Barbara A. McAuliffe**___
                                          UNITED STATES MAGISTRATE JUDGE

1