1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. ACKLEY, | CASE NO. 1:06-cv-00771-AWI-BAM PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR REPRESENTATIVE TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE |
| v. | |
| D. CARROLL, et al., | (ECF No. 107) |
| Defendants. | |
| _____/ | |

A settlement conference in this action is scheduled for August 8, 2012, at 9:00 a.m. before the undersigned.  On July 19, 2012, Defendants filed a request to allow the representative with settlement authority from the California Department of Corrections ("CDCR") to appear at the settlement conference via telephone due to budget constraints.  Defense counsel will appear for the settlement conference in person.

Accordingly, it is HEREBY ORDERED that Defendants request for the CDCR representative to appear at the settlement conference by telephone is GRANTED.

IT IS SO ORDERED.

Dated:    **July 20, 2012**          _____
                                     **/s/ Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE

1